UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | NO. 1:19-cr-10459-RWZ |
| v. ) | |
| ) | |
| ) | |
| ISRAEL RODRIGUEZ ) | |

**MOTION FOR A STATUS HEARING**

Now comes the defendant, Israel Rodriguez, before this Honorable Court, and respectfully moves to schedule a status hearing as to the above named defendant.

Respectfully Submitted,

Counsel for the defendant,

*/s/ Jason Benzaken*

Jason Benzaken, Esq.
Benzaken & Wood, LLP
1342 Belmont Street, Suite 102
Brockton, MA 02301
(Tel) 508-897-0001
(Fax) 508-587-5455
BBO No. 658869
*attorneybenzaken@gmail.com*

Dated: January 15, 2020

**Certificate of Service**

I hereby certify that a copy of this motion has been served upon counsel for the United States through CM/ECF.

*/s/ Jason Benzaken*

Dated: January 15, 2020